IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MAKAYLA MACLIN,

        Plaintiff,

vs.

CITY OF OMAHA, NEBRASKA,

        Defendant.

**8:16CV75**

**ORDER**

The parties' joint motion to continue, (Filing No. 41), is granted and the final progression order is amended as follows:

1)     The trial and pretrial conference settings are vacated. New settings will be discussed during the conference call set to be held on April 18, 2017.

2)     The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 30, 2017. Motions to compel Rule 33 through 36 discovery must be filed by September 13, 2017 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deposition deadline is August 30, 2017.

4)     The deadline for filing motions to dismiss and motions for summary judgment is September 15, 2017.

Dated this 15th day of March, 2017.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge